Certificate Number: 16199-INS-CC-032731880



16199-INS-CC-032731880

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 27, 2019, at 11:38 o'clock AM EDT, Lyle A Cottrell received from CC Advising, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Indiana, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: April 27, 2019    By:    /s/Katarina Joyner for Kyrin Doyohim

Name:    Kyrin Doyohim

Title:    Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).